

# KINGSPRY

JEROME B. FRANK
DONALD F. SPRY II
DOMENIC P. SBROCCHI
KIRBY G. UPRIGHT, LLM, CPA
KENT H. HERMAN
TERENCE L. FAUL
JOHN E. FREUND, III
JEFFREY T. TUCKER
GLENNA M. HAZELTINE
JAMES F. SWARTZ, III*
KEVIN C. REID
PAUL S. FRANK
MICHAEL A. GAUL
ELIZABETH M. KELLY
ELLEN C. SCHURDAK
KRISTINE RODDICK
REBECCA A. YOUNG
DOROTA GASIENICA-KOZAK
JESSICA FRISCH MOYER
LUCAS J. REPKA
ERIN D. GILSBACH
MICHAEL A. SANTANASTO
KEELY J. ESPINAR
AVERY E. SMITH
KARLEY J. BIGGS

OF COUNSEL:
E. DRUMMOND KING
JAMES J. RAVELLE, Ph.D., JD.
PAUL K. BLUNT

AFFILIATED WITH:
LAW OFFICES OF IRA WEISS
PITTSBURGH, PA 15219

*Certified Civil Trial
Advocate by National
Board of Trial Advocacy
("A Pa. Supreme Court
Approved Agency")

November 17, 2010
By Fax

The Honorable Mary A. McLaughlin
United States Courthouse, Independence Mall West
601 Market Street
Philadelphia, PA 19106

RE: Hawk/Martinez v. Easton Area School District
No. 10-6283
U.S. Eastern District of Pennsylvania

Dear Judge McLaughlin:

Pursuant to our telephone conversation, please be advised that the parties have agreed to the following resolution of the TRO issue:

At the request of the Federal Judge assigned to the case, the prohibition against students attending the Snow Ball dance, and any other disciplinary consequences not already imposed, will be suspended and may be reinstated depending on the Court's ruling on the merits of the case. In the meantime, the ban on the bracelets in question will remain in effect.

All counsel have agreed that above resolution is acceptable. We understand that the request for TRO will be withdrawn.

Respectfully,

John E. Freund, III
JEF/tlm
cc: Mary Catherine Roper, Esquire
 Carl W. Hittinger, Esquire
 Monique Galloway, Esquire
 Nathan Heller, Esquire
 M.M. Tack-Hooper, Esquire
 Witold Walczak, Esquire
 Seth Kreimer, Esquire

DOCKET

---

KING, SPRY, HERMAN, FREUND & FAUL, LLC • ATTORNEYS & COUNSELORS AT LAW
ONE WEST BROAD STREET • SUITE 700 • BETHLEHEM, PA 18018 • TEL: 610-332-0390 • FAX: 610-332-0314

ALLENTOWN   BETHLEHEM   STROUDSBURG

www.kingspry.com