# LIST OF EXHIBITS

**CASE CAPTION:** **B.H., K.M. V. EASTON AREA SCHOOL DISTRICT**  **CASE NO.: 10-6283**

**EASTERN DISTRICT OF PENNSYLVANIA**  **JUDGE: THE HONORABLE MARY A. MCLAUGHLIN DATE:** December 13, 2010

| PLTF | DEFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
|  | 1 | e-mail string dated 9/23/10(Viglianti/DiVietro/Braxmeir) |  |  |  |  |
|  | 2 | e-mail dated 10/27/10(DiVietro to all Faculty) |  |  |  |  |
|  | 3 | e-mail dated 10/27/10 (Sanal to DiVietro) |  |  |  |  |
|  | 4 | e-mail string dated 11/5/10 |  |  |  |  |
|  | 5 | e-mail dated 11/9/10 |  |  |  |  |
|  | 6 | memo dated 11/9/10 |  |  |  |  |
|  | 7 | e-mail dated 11/15/10(Warren to DiVietro) |  |  |  |  |
|  | 8 | e-mail dated 11/18/10(Viglianti to DiVietro) |  |  |  |  |
|  | 9 | e-mail dated 11/18/10(Viglianti to all Faculty) |  |  |  |  |
|  | 10 | e-mail string dated 11/23/10 |  |  |  |  |
|  | 11 | Board minutes of 9/23/10 |  |  |  |  |
|  | 12 | Memo to Principals dated 11/9/10 |  |  |  |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 13 | Incident Report (redacted)- 10/26/10(inappropriate display of affection) | | | | |
| | 14 | Incident report-B.H. 10/28/10(defiance/disrespect/non-compliance) | | | | |
| | 15 | Incident Report-K.M. 10/28/10(defiance/disrespect/non-compliance) | | | | |
| | 16 | Student Statement Form (R.T.) - 11/15/10 | | | | |
| | 17 | Student Statement Form (K.D.)- 11/16/10 | | | | |
| | 18 | Discipline Referral Form (redacted) - 11/16/10 | | | | |
| | 19 | Discipline Referral Form (redacted) - 11/17/10 | | | | |
| | 20 | suspension letter (B.H.) - 10-28-10 | | | | |
| | 21 | suspension letter - (K.M.) 11/3/10 | | | | |
| | 22 | Easton ASD Code of Conduct | | | | |
| | 23 | Easton ASD Dress Code | | | | |
| | 24 | Pictures of Boobies Bracelet | | | | |
| | 25 | Snowball Dance Information | | | | |
| | 26 | Daily Bulletin referring to Snowball Dance | | | | |
| | 27 | T-shirt and button(pink) "Real Rovers Wear Pink" | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 28 | "Keep a Breast Foundation" website | | | | |
| | 29 | Memo of Kimberly A. Ravese | | | | |
| | 30 | Deposition transcript of Amy M. Braxmeier | | | | |
| | 31 | Deposition transcript of Phillip Martin | | | | |
| | 32 | Deposition transcript of Angela C. DiVietro | | | | |
| | 33 | Deposition transcript of B. H. | | | | |
| | 34 | Deposition transcript of Jennifer Hawk | | | | |
| | 35 | Deposition transcript of K.M. | | | | |
| | 36 | Deposition transcript of Amy McDonald Martinez | | | | |
| | 37 | Deposition transcript of John Castrovinci | | | | |
| | 38 | Deposition transcript of Stephen Furst | | | | |
| | 39 | Deposition transcript of John Border | | | | |
| | 40 | | | | | |