# AMENDED LIST OF EXHIBITS

**CASE CAPTION:**     **B.H., K.M. V. EASTON AREA SCHOOL DISTRICT**                              **CASE NO.: 10-6283**

**EASTERN DISTRICT OF PENNSYLVANIA**            **JUDGE: THE HONORABLE MARY A. MCLAUGHLIN DATE:** December 14, 2010

| PLTF | DEFT | DESCRIPTION OF OBJECT OR ITEM | IDENTIFIED | EVIDENCE | RULING | WITNESS ON STAND |
|---|---|---|---|---|---|---|
| | 1 | e-mail dated 9/23/10(Viglianti to DiVietro/Braxmeier) | | | | |
| | 2 | e-mail dated 9/23/10(Viglianti to all Faculty) | | | | |
| | 3 | e-mail string dated 10/27/10 (Sanal to DiVietro)(DiVietro to faculty) | | | | |
| | 4 | e-mail dated 10/27(DiVietro to Braxmeier/Viglianti) | | | | |
| | 5 | e-mail and memo to Principals dated 11/9/10(Furst to Principals) | | | | |
| | 6 | e-mail dated 11/15/10(Warren to DiVietro) | | | | |
| | 7 | e-mail dated 11/18/10(Viglianti to DiVietro) | | | | |
| | 8 | e-mail dated 11/18/10(Viglianti to all Faculty) | | | | |
| | 9 | e-mail string dated 11/23/10(Catalano/Rittenhouse/Mason) | | | | |
| | 10 | Board minutes of 9/23/10 | | | | |
| | 11 | Incident Report (redacted)-10/26/10(inappropriate display of affection) | | | | |

|  | 12 | Incident report-B.H.(redacted) 10/28/10(defiance/disrespect/non-compliance) |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 13 | Incident Report-K.M.(redacted) 10/28/10(defiance/disrespect/non-compliance) |  |  |  |  |
|  | 14 | Student Statement Form (R.T.-redacted) -11/15/10 |  |  |  |  |
|  | 15 | Student Statement Form (K.D.-redacted)- 11/16/10 |  |  |  |  |
|  | 16 | Discipline Referral Form (redacted) - 11/16/10 |  |  |  |  |
|  | 17 | suspension letter (B.H.-redacted) - 10-28-10 |  |  |  |  |
|  | 18 | suspension letter - (K.M.-redacted) 11/3/10 |  |  |  |  |
|  | 19 | Easton ASD Code of Conduct |  |  |  |  |
|  | 20 | Easton ASD Dress Code |  |  |  |  |
|  | 21 | Pictures of Boobies Bracelet |  |  |  |  |
|  | 22 | Snowball Dance Information |  |  |  |  |
|  | 23 | Daily Bulletin referring to Snowball Dance |  |  |  |  |
|  | 24 | T-shirt and button(pink) "Real Rovers Wear Pink" |  |  |  |  |
|  | 25 | "Keep a Breast Foundation" website |  |  |  |  |
|  | 26 | Memo of Kimberly A. Ravese |  |  |  |  |

|  | 27 | Morning Call Newspaper article of 11/21/10-Q&A with K. M. |  |  |  |  |
|  | 28 | Deposition transcript of Amy M. Braxmeier |  |  |  |  |
|  | 29 | Deposition transcript of Angela C. DiVietro |  |  |  |  |
|  | 30 | Deposition transcript of B. H. |  |  |  |  |
|  | 31 | Deposition transcript of Jennifer Hawk |  |  |  |  |
|  | 32 | Deposition transcript of K.M. |  |  |  |  |
|  | 33 | Deposition transcript of Amy McDonald Martinez |  |  |  |  |
|  | 34 | Deposition transcript of John Castrovinci |  |  |  |  |
|  | 35 | Deposition transcript of Stephen Furst |  |  |  |  |
|  | 36 | Deposition transcript of John Border |  |  |  |  |
|  | 37 | Deposition transcript of Phillip Martin |  |  |  |  |
|  | 38 | Deposition transcript of Kimberly McAtee |  |  |  |  |