IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

H., et al.                         :   CIVIL ACTION
                                   :
        v.                         :
                                   :
EASTON AREA SCHOOL DISTRICT        :   NO. 10-6283

ORDER

AND NOW, this 12th day of April, 2011, upon consideration of the plaintiffs' Motion for Preliminary Injunction (Docket No. 2), the opposition, and reply thereto, and following an evidentiary hearing on December 21, 2010, and oral argument held on February 18, 2011, and for the reasons stated in a memorandum of today's date, IT IS HEREBY ORDERED that the plaintiffs' motion is GRANTED. The defendant is hereby ENJOINED from suspending, threatening to suspend, or otherwise punishing or disciplining the plaintiffs for wearing the bracelets presented to the Court in this case. The Court waives the Rule 65(c) security bond requirement.

                          BY THE COURT:


                          /s/ Mary A. McLaughlin
                          MARY A. McLAUGHLIN, J.